***ROBERT L. ARLEO, ESQ. P.C.***
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                                                      Fax: (518) 751-1801
Email: robertarleo@gmail.com

                                                                                                     April 11, 2018

Honorable Frederic Block
Senior District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

                           Re:  Ezell v. Ocwen Loan Servicing, LLC
                                  18-cv-00949

Dear Senior District Judge Block:

   I am counsel for the Plaintiffs named in the above-entitled action. Your Honor has scheduled a pre-motion conference for May 2, 2018 at 11:00 a.m. Please be advised that I am previously scheduled to appear for a settlement conference on another matter in Central Islip. Thus, Plaintiffs respectfully request an adjournment to another date. To the extent it may assist Your Honor, myself and counsel for the Defendant are available on the following dates: May 8th, afternoon, May 9th, morning, May 16th, afternoon and May 15th and 17th, all day.

                                                            Respectfully submitted,

                                                            /  s  /  *Robert L. Arleo*

                                                            Robert L. Arleo

RLA:gra
cc: All counsels of record via ECF