***ROBERT L. ARLEO, ESQ. P.C.***
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                                                    Fax: (518) 751-1801
Email: robertarleo@gmail.com

                                                                                               May 23, 2018

Honorable Sanket J. Bulsara
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

                                  Re:  Ezell v. Ocwen Loan Servicing, LLC
                                       18-cv-00949

Dear Magistrate Judge Bulsara:

   I am counsel for the Plaintiffs named in the above-entitled lawsuit. Your Honor has scheduled an initial conference to occur on June 1, 2018 at 12:00 p.m. Please be advised that I am counsel for the plaintiff in a lawsuit entitled *Wise a/k/a Hoffman v. Overton, Russell, Doerr & Donovan, LLP*, 17-cv-00869 (FJS)(CFH),which is pending in the U.S. District Court for the Northern District of New York. The defendant therein has filed a motion to dismiss the Amended Complaint. The filing of all relevant motion papers was completed on November 27, 2017. On May 21, 2018, Senior Judge Frederick J. Scullin Jr. of the Northern District issued an order directing that oral argument, in regard to the motion to dismiss the Amended Complaint, be held before him on June 1, 2018 commencing at 10:00 a.m. in Albany. Counsel for the Defendant in the above-entitled lawsuit has indicated that there is no chance of settlement based upon the Defendant's attempt to obtain permission to file a motion to dismiss the Amended Complaint. Judge Block has set a pre-motion conference for June 20, 2018 at 11 a.m. at the request of the Defendant. Based upon these factors, and upon the oral argument scheduled in the herein referenced Northern District of New York lawsuit, I respectfully request that the initial conference before Your Honor be adjourned to a date after June 20th.

   Counsel for the herein Defendant has consented to this request for an adjournment of the initial conference.

                                                                           Respectfully submitted,

                                                                        /  s  /   *Robert L. Arleo*

                                                                        Robert L. Arleo

RLA:gra
cc: All counsels of record via ECF