| DISCOVERY PLAN WORKSHEET | |
|---|---|
| **Phase I (Pre-Settlement Discovery)** | |
| **Deadline for completion of Rule 26(a) initial disclosures and HIPAA-compliant records authorizations:** | August 3, 2018 |
| **Completion of date for Phase I discovery as agreed upon by the parties:** *(Reciprocal and agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.)* | N/A |
| **Date for initial settlement conference:** *(Parties should propose a date approximately 10-15 days after the completion of Phase I Discovery, subject to the Court's availability.)* | N/A |
| **Phase II (Discovery and Motion Practice)** | |
| **Motion to join new parties or amend the pleadings:** *(Presumptively 15 days post initial settlement conference.)* | August 24, 2018 |
| **First requests for production of documents and for interrogatories due by:** *(Presumptively 15 days past joining/amending.)* | September 14, 2018 |
| **All fact discovery completed by:** *(Presumptively 3.5 months post first requests for documents/interrogatories.)* | January 4, 2019 |
| <u>**Expert reports for party bearing burden of proof completed by:**</u>[1] | February 1, 2019 |
| <u>**Expert reports for party not bearing burden of proof completed by:**</u> | March 1, 2019 |
| **Expert depositions completed by:** *(Presumptively 30 days post expert reports.)* | April 1, 2019 |
| **COMPLETION OF ALL DISCOVERY BY:** *(Presumptively 9 months after Initial Conference.)* | April 1, 2019 |
| **Final date to take first step in dispositive motion practice:** *(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days post completion of all discovery.)* | May 3, 2019 |
| **Do the parties wish to be referred to the EDNY's mediation program pursuant to Local Rule 83.8?** | No |

---

[1] The parties have revised the Discovery Plan Worksheet (DE 7) by bifurcating the expert discovery schedule. Revisions to the original Discovery Plan Worksheet are indicated with underlined text.