

# HUNTON
## ANDREWS KURTH

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK NY 10166-0005

TEL  212 • 309 • 1000
FAX  212 • 309 • 1100

RYAN A. BECKER
DIRECT DIAL: 212 • 309 • 1055
EMAIL: rbecker@HuntonAK.com

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 31 2018 ★

BROOKLYN OFFICE

July 25, 2018

FILE NO: 53269.001048

**Via Email and UPS Overnight Service**

Robert L. Arleo, Esq.
380 Lexington Avenue
17th Floor
New York, NY 10168

Re:   Ezell v. Ocwen Loan Servicing, LLC, No. 1:18-cv-00949-FB-SJB (E.D.N.Y.)

Dear Mr. Arleo:

This firm represents Defendant Ocwen Loan Servicing, LLC ("Ocwen") in the matter in caption. Enclosed please find:

- Ocwen's Notice of Motion to Dismiss Plaintiffs' Second Amended Complaint;
- Ocwen's Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' Second Amended Complaint; and
- The Declaration of Ryan A. Becker and Exhibits A-C thereto.

Very truly yours,

Ryan A. Becker

Enclosure

cc:   ✓The Honorable Senior Judge Frederic Block (via First Class Mail, w/out encl.)
      The Honorable Magistrate Judge Sanket J. Bulsara (via First Class Mail, w/out encl.)