

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL  212 • 309 • 1000
FAX  212 • 309 • 1100

RYAN A. BECKER
DIRECT DIAL: 212 • 309 • 1055
EMAIL: rbecker@HuntonAK.com

February 12, 2019

FILE NO: 53269.001048

**Via ECF**

Senior Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Ezell v. Ocwen Loan Servicing, LLC, No. 1:18-cv-00949 (E.D.N.Y.)

Your Honor:

    This firm represents Defendant Ocwen Loan Servicing, LLC in the matter in caption. I write regarding Your Honor's February 6, 2019 minute entry requesting a proposed briefing schedule for a 12(b)(1) motion to dismiss Plaintiffs' Second Amended Complaint (DE 14), which was filed on July 4, 2018.

    The parties conferred regarding the briefing schedule and respectfully propose the following agreed-upon schedule:

- Ocwen's deadline to move to dismiss to Second Amended Complaint: March 5, 2019;
- Plaintiffs' deadline to oppose Ocwen's motion to dismiss: March 26, 2019; and
- Ocwen's deadline to reply: April 9, 2019.

Thank you for the Court's time and consideration.

Respectfully submitted,

Ryan A. Becker

cc:   All counsel of record (via ECF)