

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

RYAN A. BECKER
DIRECT DIAL: 212 • 309 • 1055
EMAIL: rbecker@HuntonAK.com

FILE NO: 53269.001048

March 5, 2019

**Via ECF**

Senior Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>Ezell v. Ocwen Loan Servicing, LLC</u>, No. 1:18-cv-00949 (E.D.N.Y.)

Your Honor:

    This firm represents Defendant Ocwen Loan Servicing, LLC in the matter in caption. I write regarding the parties' previously approved briefing schedule (DE 27) for Ocwen's 12(b)(1) motion to dismiss Plaintiffs' Second Amended Complaint. The parties have been engaged in settlement discussions, and respectfully request an adjournment of the briefing dates by two weeks to allow time to finalize a settlement agreement.

    The parties respectfully request the briefing schedule be adjourned as follows:

- Ocwen's deadline to move to dismiss the Second Amended Complaint:  March 19, 2019;
- Plaintiffs' deadline to oppose Ocwen's motion to dismiss:  April 9, 2019; and
- Ocwen's deadline to reply:  April 23, 2019.

Thank you for the Court's time and consideration.

                                  Respectfully submitted,

                                  Ryan A. Becker

cc:   All counsel of record (via ECF)